**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Olagues, | No. CV-20-08271-PCT-SMB (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| County of Mohave, et al., | |
| Defendants. | |

The Court has considered Defendants' fully briefed Joint Emergency Motion to Extend Deadline to Depose Plaintiff Anthony Olagues (Docs. 100, 102, 103). For good cause shown,

IT IS ORDERED granting Defendants' Joint Emergency Motion to Extend Deadline to Depose Plaintiff Anthony Olagues (Doc. 100).

IT IS FURTHER ORDERED that Defendants shall have 10 business days from the date of this order to take Plaintiff's deposition.

IT IS FURTHER ORDERED that all other deadlines in the Court's Scheduling Order (Doc. 12) as modified on September 23, 2021 (Doc. 59), and October 25, 2021 (Doc. 63) remain in effect.

Dated this 18th day of March, 2022.

Honorable Eileen S. Willett
United States Magistrate Judge